UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

CHANDLER, CHARLES L.

       Debtor(s)

Case No. 93-32609-DOT

Chapter 7

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
| --- | --- |
| First Federal Savings Bank<br>20 E. Tabb Street<br>Petersburg, Virginia | $   509.71 |
| First Federal Savings Bank<br>20 E. Tabb Street<br>Petersburg, Virginia | $   399.52 |
| Dominion Bank<br>One James Center, 2nd Floor<br>Richmond, Virginia   23219 | $ 9,209.94 |
| Mary Ann Chandler<br>2803 McRae Road<br>Richmond, VA 23235-3021 | $   243.60 |
| County Bank of Chesterfield<br>P.O. Box 1320<br>Richmond, Virginia   23210-1320 | $ 4,440.38 |

Dated: June 6, 2011

/s/Harry Shaia, Jr.
HARRY SHAIA, JR., Trustee
VBA 5897
8550 MAYLAND DRIVE
RICHMOND, VA   23294

(804) 747-0920

Case 93-32609-DOT   Doc 144   Filed 06/06/11   Entered 06/06/11 17:00:31   Desc Main
Document     Page 2 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to the Office of the United States Trustee at 701 East Broad Street, Suite 4304, Richmond, VA 23219-1885 on June 6, 2011.

/s/ Harry Shaia, Jr.
HARRY SHAIA, JR.